# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JERRY LEE ASHFORD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 2:18-cv-703-ACA-HNJ |
| ) | |
| LEON BOLLING, III, Warden, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Jerry Lee Ashford, an Alabama state prisoner proceeding *pro se*, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 11). On March 17, 2020, the magistrate judge entered a report recommending this action be dismissed without prejudice for lack of jurisdiction because the petition is successive and Mr. Ashford has not obtained authorization from the Eleventh Circuit Court of Appeals to proceed as required by 28 U.S.C. § 2244(b)(3)(A). (Doc. 18). Although the magistrate judge advised Mr. Ashford of his right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** the recommendation. Mr. Ashford's

petition for a writ of habeas corpus is due to be dismissed without prejudice for lack of jurisdiction because he has not received authorization from the Eleventh Circuit to file a second or successive habeas petition.  *See* 28 U.S.C. § 2244(b)(3)(A).

The court will enter a separate order.

**DONE** and **ORDERED** this June 8, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE